LF 028
(Rev. 11/04/2019)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**PRISONER CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

DEC 27 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

RICO LAMAR BALLARD 886719

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

1:24-CV-6020

-vs-

(1) SGT. PARISH
(2) OFFICER CALDWELL
(3) OTHER OFFICERS THAT TRANSPORTED PLAINTIFF TO HOSPITAL
(4) FORMER WARDEN KALVIN SPRAYBERRY
(5) DEPUTY WARDEN JOSHUA JONES
(6) FORMER UNIT MANAGER KENNEDY

(Enter above the full name of the defendant(s).)

(7) FLOYD COUNTY HOSPITAL NURSE KANDI

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the Court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number.

---

I.  **Previous Lawsuits**

A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✔)    No ( )

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff(s):  RICO LAMAR BALLARD

LF 028
Rev. 11/04/2019

Defendant(s): _Fulton County Jail; Jacquelyn Barrett;_
_Norman Gipson_

2. Court (name the district):
_Northern District Court of Georgia_

3. Docket Number: _1:04-CV-03465-RWS_

4. Name of judge to whom case was assigned: _Richard Story_

5. Did the previous case involve the same facts?

Yes ( )    No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)
_I won the case through a settlement agreement_
_but they said I lost it. I don't remember_
_if I appealed_

7. Approximate date of filing lawsuit: _Do not remember_

8. Approximate date of disposition: _Do not remember_

## II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: _Hancock State Prison_

B. Is there a prisoner grievance procedure in this institution?

Yes (✓)    No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (✓)    No ( )

D. If your answer is YES:
1. What steps did you take and what were the results?
_My grievance response was stoled_
_and I don't remember exactly what_
_they said and_

2

Cont

(2) Ballard v. Ferrell et al in "b'01 cv-00003 but the
Judge is Adam Edenfield and Judge James Graham Filed
1-20-04 Date Filed 4-25-11 Disposition I went against one
defendant but they are alleging I didn't

(3) Ballard v. Hopkins 5:21 cv 138 Judge Mark T Treadwell
and Judge                          Date Filed 4-23-21 Date Held 21
Disposition Dismissed without prejudice

(4) Ballard v. Holland 5:21-cv 139  Judge Mark T Treadwell
and Judge                 Date 1-23-21 Date Ended Don't
Remember  Disposition Don't Remember legal Documents
filed

(5) Ballard v. Matthews 5:21-cv-140  Date Filed 4-23-21
(6) Ballard v. Harris 5:21 cv-141  Date Filed 4-23-21
(7) Ballard v. Hopkins 5:21-cv-142  Date Filed 4-23-21
Date Ended I don't remember Disposition I don't remember
but I believe I won Ballard v Matthews in a settlement
agreement

Judge Mark T Treadwell and Judge
(8) Ballard v Boyd 5:15-cv-11 patterson date Filed I don't
Remember Date Ended I don't remember and my legal
documents were filed Disposition settlement agreement
(11) Ballard v Holland 1:22-10232 T - Notice of Appeal
11th Circuit Court of Appeals Eal Date 1-21-22 -- 1-25-22
Date Ended 3-31-22 Disposition Dismissed

(10) Ballard v Myles "21-13881 b - Office of Appeal 11th
Circuit Court of Appeals. Date Filed 11-21/11-16-21/10-7-21
12-11-21. Date Ended "9-26-22 Affirmed
Petition for Rehearing Filed 10-10-22 Denied Don't
Remember Date

(11) Ballard v Mathews 5:21-cv-140 Office of Appeal 11th
Circuit Court of Appeal Appeal Number 22-13730-H
Don't Remember Decision

(12) Ballard v Woodard 4-22-cv-124 File Date 6-16-22
(13) Ballard v Parish 4-22-cv-123 Filed Date 6-16-22
(14) Ballard v Strayhorn 4-22-cv-125 Filed Date 6-16-22.
Date Ended 7-11-22 Disposition Dismissed without
prejudice with right to refile.
Please note this facts to Ballard v Parish 4-22-cv-
123 are the same facts to this current civil action as file
filed
(15) Ballard v Tuey 5-21-cv-00377 File Date 10-16-21
Date Ended 2022 interveanmatter 43 Disposition Dismissed
without prejudice with right to refile.
(16) Ballard v Tuey "5-21-cv-00377 Office of Appeal
11th Circuit Court of appeals Disposition Date Number
Appeal Number "21-13415 F
(17) Ballard v Holland Appeal # 23-10608 D - 11th
Circuit Court of appeals
Don't Remember Decision

Several more Civil Action files involved the Judicial Center for Mental Health Attended to Personals and Center for Mental Health but I just couldn't don't have the Case numbers too.

I Declare under the Penalty of Perjury that these are all the Civil Action lawsuits cases but I remember I have the Civil Action numbers. I am not trying to mislead the Federal Court. I am Also Suffering from Lost Due to so many Head injuries. If there are more Civil Action cases involved with the Federal Court Please add this to this list. Thanks.

LF 028
Rev. 11/04/2019

COUNSELOR COUCH REFUSED TO FORWARD ME
COPIES OF MY GRIEVANCE RESPONSE

2. If your answer is NO, explain why not:
I AM AT HANCOCK STATE PRISON NOW

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: RICO LAMAR BALLARD 886719

Address(es): HANCOCK STATE PRISON
P.O. BOX 339
SPARTA, GA 31087

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): (1)SGT. PARISH (2) OFFICER CALDWELL
(3) OTHER THAT TRANSPORTED PLAINTIFF TO HOSPITAL
(4) FORMER WARDEN KEVIN J PRATBERRY (5)DEPUTY JOSHUA JONES
(6) FORMER UNIT MANAGER KENNEDY (7)FLOYD COUNTY HOSPITAL NURSE KANDE

Employed as PRISON OFFICIALS AND HOSPITAL NURSE

at HAYS STATE PRISON P.O. BOX 668. 777 UNDERWOOD RD
TRION, GA 30753 · FLOYD COUNTY HOSPITAL
304 TURNER MCCALL BLVD, ROME GA 30165

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or
immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If
you are suing under section 1983, what federal constitutional or statutory right(s) do
you claim is/are being violated by state or local officials?

MY 8TH AND 14TH AMENDMENT RIGHTS

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain
constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do
you claim is/are being violated by federal officials?

## V.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that
apply)*:

(  ) Pretrial detainee
(  ) Immigration detainee
(  ) Convicted and sentenced state prisoner
(  ) Convicted and sentenced federal prisoner
(✓) Other *(explain)*  HELD AGAINST MY WILL - FALSELY IMPRISONED

## VI.   Statement of Claim

State here as briefly as possible the facts of your case. Tell the court <u>WHAT</u> you contend
happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the
incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated
them. <u>Do not</u> give any legal arguments or cite any cases or statutes. If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph. (Use as
much space as you need. Attach extra sheets if necessary.)

ON 7-6-21 WHILE HOUSED AT HAYS STATE PRISON H-2-220
STEP DOWN PROGRAM I WAS ATTACKED AND STABBED SEVERAL
TIMES BY NUMEROUS OF UNKNOWN INMATES AND AS I ATTEMPTED
TO SEEK HELP FROM PRISON OFFICIALS WHILE STANDING AT THE
FRONT DOOR FORMER UNIT MANAGER KENNEDY STABBED ME
IN THE BACK OF THE HEAD. HOWEVER BEFORE THIS OCCURRED
OFFICER PARISH WHOSE NOW A SGT. INTENTIONALLY OPENED
MY CELL DOOR KNOWING OTHER INMATES WERE
PLANNING TO ATTACK ME. 1OFFICER SGT. PARISH OBSERVED
SEVERAL INMATES EXITING THEIR CELLS AND
STANDING AROUND WITH HOMEMADE KNIFES
YET HE CONTINUED OPENING CELL DOORS
INTENTIONALLY ENDANGERING MY LIFE AND OTHER
INMATES LIVES OFFICER SGT. PARISH STEPPED
INSIDE MY CELL H-2-220 AND

4

LF 028
Rev. 11/04/2019

PEEKED THROUGH THE TRAYSLOT AS I WAS ATTACKED AND
AFTERWARDS HE RAN OUT THE DORMITORY WITHOUT DIRECTING
OTHER INMATES TO STOP FROM ATTACKING ME AS I
ATTEMPTED TO DEFEND MYSELF
        ONCE I MADE IT OUTSIDE THE DORMITORY AFTER
BEING STABBED SEVERAL TIMES BY INMATES AND UNIT
MANAGER KENNEDY A CAPTAIN NAME "LOWE" ESCORTED ME
TO MEDICAL WITH SEVERAL STAB WOUNDS WHILE WALKING
I OVERHEARD FORMER WARDEN KELVIN SPRAYBERRY
STATE "LET THAT MOTHERFUCKER DIE"

HALFWAY        I WAS SEEN BY MEDICAL AND DOCTOR BURKE
ASSESSED MY INJURIES. STAB WOUNDS AND ORDERED I BE
TRANSPORTED TO FLOYD COUNTY HOSPITAL WHERE I SAT IN THE
EMERGENCY ROOM CONTINUOUSLY BLEEDING FROM THE STAB
WOUNDS FOR ATLEAST AN HOUR AND A HALF AT THE
HOSPITAL I WAS SEEN BY NURSE KANDI WHO TREATED
THE WOUNDS AND PLACED SOMETYPE OF GALL INSIDE
THE STAB WOUNDS IN MY LEFT ARM AND ALLOWED IT TO BE STITCHED UP
BUT BEFORE I THIS SHE EXITED THE TREATMENT ROOM AND CAME BACK
THAN TOSSED A BIG POISON SNAKE IN MY LAP AND AS THE SNAKE
ATTEMPTED TO BITE ME A CHILD WHO NAME I DON'T KNOW CAUGHT THE
SNAKE AND THROW IT TO THE FLOOR. HE WAS BITE SEVERAL TIMES

**VII.    Injuries**
If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.
I WAS STABBED SEVERAL TIMES IN THE BACK, ARMS, NECK AND
HEAD MY WOUND WERE STITCHED UP WITH GALL INSIDE I
RECEIVED STAPLES TO THE HEAD THEY REFUSED TO TAKE THE
GALL OUT MY LEFT ARM WOUNDS

**VIII.   Relief**
State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.  If requesting money damages, include the amounts of any actual and/or
punitive damages claimed for the acts alleged.  Explain the basis for these claims.

(1) THAT I AM AWARDED 7 BILLION DOLLARS IN DAMAGES
OF ALL SORTS AND AS THE COURT DEEMS NECESSARY

(2) THAT EVERY OFFICER, PRISON OFFICIAL AND MEDICAL
PERSONEIS INVOLVED ARE IMMEDIATELY FIRED

(3) THAT I AM IMMEDIATELY RELEASED FROM PRISON
BECAUSE I ALREADY MAXED OUT ON MARCH 21, 2020

(4) THAT THESE GALLS THEY PUT INSIDE MY LEFT
ARM IS REMOVED IMMEDIATELY

5

OFFICER

Deputy Warden Kendrick intentionally stomped me in the back of the head right above the neck area.

Deputy Warden Kendrick threatened correctional officers and medical staff to let me die.

Officers Caldwell and the other escort officer threatened my life.

Nurse Kandi intentionally placed salt inside of stab wound and intentionally kissed a painful rag all but into my body at correctional officer Maria.

Deputy Warden Justin Jones advised medical staff to deny medical attention for my pain.

Mays state prison Darlin Burke denied me medical attention [illegible] should place white cast at I remove the best that was stitched up inside my stab wound.

I was stabbed several times in the head, neck, back and arm. I am still in constant pain from the stab wound and the right side of my head is partially numb.

These prison officials have violated my 8th and 14th amendment constitutional rights against cruel constitutional rights as well as caused me deliberate indifference to my health and safety.

Also on 12.21 I was assaulted by several inmates with knives while I was housed in dorm J20 and I looked around there were several officers casually looking behind the cell but did not clock [?]

July 6 2021

Kandi

front _____ hospital _____ was deliberate indifference to my health, safety, and serious medical needs by _____ a call at _____ left and five stitches all _____ a _____ to my _____ with stitches is to _____ _____ resulted in intensive _____ outside face and _____ to my left and because the call prevents to my left _____

LF 028
Rev. 11/04/2019

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this __20th__ day of __DECEMBER_____, 20 __24__.

_Rico L Ball_ 886719

Signature of Plaintiff

STATE OF __GEORGIA_____

COUNTY (CITY) OF __SPARTA_____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __12-20-24_____
(Date)

_Rico L Ball_ 886719

Signature of Plaintiff

HANCOCK STATE PRISON
P.O. BOX 339
SPARTA, GA 31087

6

Certificate of Service

I do Hereby certify that I have this Day refer
Anecdote copies of the foregoing 42 USC 1983 in the US
official partial prepaid first served one the

(1) _____ United States District
Court, Northern District of Georgia
2011 United States Courthouse
75 Ted Turner Drive
Atlanta Ga 30303-3361

(2) Set, Parrish officer Caldwell along officers that
transported Brandee to Hospital, Brandee intended felon
Sprayberry, Deputy wheeled Justin Jones Coroner unit.
Michelle Kennedy

Hays State Prison
P.O. Box 668
777 Underwood Road
Trion Ga 30753

(3) Floyd County Hospital Nurse Kelli
Floyd County Hospital
304 Turner M Call Blvd.
Rome Ga 3016?

This the 20th Day of December 2024

                    Rev. J B (M) #846717
                    Rev C Ballard #846717
                    Hays State Prison
                    P.O.B 339
                    Standale Ga 3148

United States District Court
For the
Northern District of Georgia

Rico LaMar Ballard :        Case #:

-v-
Sgt. Parish , et al

# SUMMONS IN A CIVIL ACTION

To: (1) Sgt. Parish (2) Officer Caldwell (3) Other officer that transported Plaintiff to Hospital (4) Former Warden Kelvin Sprayberry (5) Deputy Warden Joshua Jones (6) Former Unit Manager Kennedy

A Lawsuit Has Been Filed against you ... within 21 Days after service of this Summons on you (Not counting the Day you received it) or 60 Days if you are the United States or a United States agency or an officer or Employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ... You must serve on the Plaintiff an Answer to the Attached Complaint or a Motion under rule 12 of the Federal Rules of Civil Procedure. The answer or Motion must be served on the Plaintiff or Plaintiff(s) Attorney whose name and address are:

Rico LaMar Ballard #886719; Hays State Prison: P.O. Box 668 Trion, GA 30753

If you Fail to respond, Judgment by Default will be entered against you for the relief Demanded in the Complaint you also must File your answer or Motion with the Court

Date                                      Signature of Clerk or Deputy Clerk

PROOF OF SERVICE

(THIS SECTION SHOULD NOT BE FILED WITH THE COURT UNLESS
REQUIRED BY FED. R. CIV. P. 4 (N))

THIS SUMMONS FOR

_____ WAS RECEIVED BY ME ON

_____
DATE

☐ I PERSONALLY SERVED THE SUMMONS ON THE INDIVIDUAL AT _____

_____ ON DATE _____

_____ OR

☐ I LEFT THE SUMMONS AT THE INDIVIDUALS RESIDENCE OR USUAL

PLACE OF ABODE WITH _____

_____ A PERSON OF SUITABLE AGE
NAME

AND DISCRETION WHO RESIDES THERE ON DATE _____

_____ AND MAILED A COPY TO THE

INDIVIDUAL'S LAST KNOWN ADDRESS " OR

☐ I SERVED THE SUMMONS ON (NAME OF INDIVIDUAL) _____

_____ WHO IS DESIGNATED

BY LAW TO ACCEPT SERVICE OF PROCESS ON BEHALF OF (NAME OF

ORGANIZATION) _____ ON DATE

_____ OR

☐ I RETURNED THE SUMMONS UNEXECUTED BECAUSE _____

_____ OR ☐ OTHER (SPECIFY)

MY FEES ARE $ _____ FOR TRAVEL AND $ _____

_____ FOR SERVICES FOR A TOTAL OF $    0.00

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE

DATE: _____

_____
SERVERS SIGNATURE

_____
PRINTED NAME AND TITLE

_____
SERVERS ADDRESS

## CERTIFICATE OF SERVICE

I do HEREBY certify that I Have this Day DEPosited a accurate copy of the FOREGOING SUMMONS IN A CIVIL ACTION In the U.S. MAIL with AFFIXED PostAGE and served on the opposite PARTIES through this HONORABLE Court at

(1) United States District Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive
Atlanta, GA 30303-3361

(2) SGT. PARRISH; OFFICER CALDWELL; OTHER OFFICER that transported Plaintiff To Hospital; FORMER WARDEN Kelvin SprayBERRY; Deputy Warden Joshua Jones; FORMER Unit MANAGER KENNEDY

HAYS State PRISON
P.O. Box 668
779 UNDERWOOD ROAD
TRION GA 30753

(3) Floyd County Hospital Nurse KANDS
Floyd County Hospital
304 Turner McCall BLVD
ROME, GA 30165

this the 20 Day of DECEMBER 2024

Rico L Ball 886719    |    RICO L. BallARD 886719
                             HANCOCK STATE PRISON
                             P.O. Box 339
                             SPARTA, GA 31087